MILLONZI, APPELLEE, *v.* PERRAM ELECTRIC, INC. ET AL., APPELLANTS.

[Cite as *Millonzi v. Perram Elec., Inc.,*
100 Ohio St.3d 67, 2003-Ohio-5030.]

(Nos. 2003–0321 and 2003–0324—Submitted September
17, 2003—Decided October 8, 2003.)

{¶ 1} Sua sponte, the judgment of the court of appeals is summarily reversed on the authority of *Hooten v. Safe Auto. Ins. Co.,* 100 Ohio St.3d 8, 2003-Ohio-4829, 795 N.E.2d 648. The cause is remanded to the court of appeals for further consideration.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

O'DONNELL, J., not participating.

Gallagher, Sharp, Fulton & Norman, Timothy J. Fitzgerald, Patrick M. Foy and Richard C.O. Rezie, for appellant city of Mentor.

Weston, Hurd, Fallon, Paisley & Howley, L.L.P., Shawn W. Maestle and Walter R. Matchinga, for appellant Perram Electric, Inc.

Baker & Hackenberg Co., L.P.A., I. James Hackenberg and Joseph P. Szeman, for appellants Major Waste Disposal Services, Inc. and John M. Paranish Jr. in case No. 2003–0324.

Tucker, Ellis & West, L.L.P., and Irene C. Keyse–Walker, for appellant JTO, Inc. in case No. 2003–0324.